UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00021-MC |
| v. | INFORMATION |
| BRIAN J. RAMOS, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (C), and 846 |
| Defendant. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Possess with Intent to Distribute Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (C), and 846)**

On or about May 28, 2018, in the District of Oregon, defendant **BRIAN J. RAMOS**, did knowingly combine, conspire and confederate with others to distribute, and possess with intent to distribute, 50 grams or more of methamphetamine, oxycodone, and hydromorphone, Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and (C), and 846.

\\\

\\\

\\\

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **BRIAN J. RAMOS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: January 27, 2021.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney